UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAR REYES OSCAR LEONEL,<br>a/k/a "Oscar Reyes,"<br><br>Defendant | No. 25-cr-10291-PBS |

## DISMISSAL OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the indictment filed on July 10, 2025, which charges the defendant with unlawful reentry, in violation of 8 U.S.C. § 1326. In support of this dismissal, the government states that the defendant has been removed from the United States, and this dismissal is in the interests of justice.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: August 5, 2025

By: */s/ Rilwan Adeduntan*
Rilwan Adeduntan
Assistant U.S. Attorney

Leave to File Granted:

_____
Hon. Patti B. Saris
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                            */s/ Rilwan Adeduntan*
                                                            Rilwan Adeduntan
                                                           Assistant United States Attorney

Date: August 5, 2025